Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 20-16772 RAM  
**Case Name:** Odyssey Engines LLC  
**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE  
**Filed (f) or Converted (c):** 09/29/21 (c)  
**§341(a) Meeting Date:** 11/15/21  
**Claims Bar Date:** 12/17/21

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Synovus Bank Account ending 7302 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | First Republic Bank Account ending 5068 | 133.53 | 0.00 | | 0.00 | FA |
| 3 | Turbine Engine Center, Inc. 100% ownership THIS COMPANY IS IN BANKRUPTCY | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Savanna Leasing, LLC 100% ownership THIS COMPANY IS IN BANKRUPTCY | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Domain www.odysseyengines.aero | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Customer List | 0.00 | 0.00 | | 0.00 | FA |
| 7 | NOL | 3,850,035.00 | Unknown | | 0.00 | Unknown |
| 8 | Section 1231 Losses | 2,017,471.00 | Unknown | | 0.00 | Unknown |
| 9 | East West Bank account (u) | 0.00 | 83.96 | | 83.96 | FA |
| 10 | Lease of Diesel Fork Lift 7FDU80-70666 LEASE ON SCHEDULE G STAY RELIEF GRANTED DURING THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Lease of Diesel Fork Lift 7BPU15 80179 LEASE ON SCHEDULE G STAY RELIEF GRANTED DURING THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Lease of Fork Lift 8FGU18 LEASE ON SCHEDULE G STAY RELIEF GRANTED DURING THE CHAPTER 11 | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$5,867,639.53** | **$83.96** | | **$83.96** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 12/17/21  
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11. IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES, AND THIS CASE IS THE LEAD CASE. THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):** March 31, 2024          **Current Projected Date of Final Report (TFR):** March 31, 2024

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 20-16772 RAM | **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| **Case Name:** | Odyssey Engines LLC | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2484 - Checking |
| **Taxpayer ID#:** | ******4911 | **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Period:** | 04/01/21 - 03/31/22 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/13/21 | Asset #9 | EAST WEST BANK CASHIERS CHECK | CLOSE OUT OF ACCOUNT ENDING IN 6317 | 1290-010 | 83.96 | | 83.96 |
| | | | **ACCOUNT TOTALS** | | 83.96 | 0.00 | $83.96 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 83.96 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$83.96** | **$0.00** | |

|  |  |
|---|---|
| Net Receipts: | $83.96 |
| Net Estate: | $83.96 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2484** | 83.96 | 0.00 | 83.96 |
| | **$83.96** | **$0.00** | **$83.96** |